IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00761-WYD-KLM

RICHARD D. KELLAR,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, a federal agency of the United States

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's (Unopposed) Motion for: Enlargement of Time to Prepare and File a Response to Defendant's Motion to Compel (Docket No. 14)** [Docket No. 18; Filed October 1, 2008] and **Plaintiff's (Unopposed) Motion for: Enlargement of Time to Prepare and File a Response to Defendant's Motion for Order to File Certificate of Review (Docket No. 15)** [Docket No. 19; Filed October 1, 2008] (collectively, the "Motions"). By the Court's calculation, Plaintiff's responses to Defendant's motions are due on October 6, 2008. Although Plaintiff seeks "an additional two (2) weeks (until October 7, 2008)," the Court interprets Plaintiff's request to seek a two week extension of time from the current date his responses are due, i.e., two weeks from October 6, 2008.

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**. Plaintiff shall have up to and including **October 20, 2008** to file his responses to (1) Defendant's Motion to Compel [Docket No. 14] and (2) Defendant's Motion for Order to File Certificate of Review [Docket No. 15].

Dated: October 1, 2008