IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00761-WYD-KLM

RICHARD D. KELLAR,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, a federal agency of the United States

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **(Plaintiff's) Motion for Leave to Amend Recusal Motion [Docket No. 87] by Reason of [Docket No. 94]** [Docket No. 96; Filed April 16, 2009] (the "Motion").  Although Defendant opposes the relief requested in the Motion,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  On or before **April 20, 2009**, Plaintiff shall file a pleading titled **"Supplement to Motion to Recuse"** which sets forth the supplemental arguments he would like the Court to address in the underlying Motion to Recuse [Docket No. 87].  No further supplementation shall be permitted.

      IT IS FURTHER **ORDERED** that Defendants shall file a single Response to the Motion to Recuse and the Supplement to Motion to Recuse, if any, on or before **May 1, 2009**.

Dated:  April 17, 2009