IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00761-WYD-KLM

RICHARD D. KELLAR,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN AFFAIRS,
a federal agency of the United States,

    Defendant.

## AUTHORIZATION FOR VIDEOTAPED DEPOSITION

Magistrate Judge Craig B. Shaffer

It is hereby **APPROVED** that a videotaped deposition will take place in this matter, on July 15, 2009 at 9:00 a.m. in the Jury Room (A423) of United States Magistrate Judge Craig B. Shaffer located in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Upon review and authorization by Greg Langham, Clerk of the Court, audiovisual recording equipment may be brought into the Alfred J. Arraj U.S. Courthouse for the sole purpose of recording the deposition. It is noted that pursuant to the security policy of the United States District Court for the District of Colorado, a member of chamber's staff is required to escort the video equipment to and from the jury room.

Parties are directed to have the videographer, Carie Finegan, telephone the court's judicial assistant (Yvonne Davis) at 303.844.2117 no later than 15 minutes prior to arriving at the Courthouse, on July 15th, to arrange for the supervised entry of the video equipment into the

Courthouse.

DATED at Denver, Colorado, this 10th day of July, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

APPROVED, this 10th day of July, 2009.

*s/Greg Langham*
Gregory C. Langham
Clerk of Court