IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00761-WYD-KLM

RICHARD D. KELLAR,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN'S AFFAIRS, a federal agency of
United States,

      Defendant.

---

## ORDER SETTING TRIAL

---

A three-day trial to the court has been set in the above matter for **Monday,**

**March 8, 2010**, **at 9:00 a.m**., 901 19th Street, Courtroom A1002, Tenth Floor, Denver,

Colorado.  A final trial preparation conference is set for **Wednesday, February 17,**

**2010, at 9:00 a.m**.

      Dated:  October 21, 2009

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge