**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 5, 2010 |
| E.C.R./Reporter:     Therese Lindblom | |

| | |
|---|---|
| Civil Action No:  **08-cv–00761-WYD-KLM** | Counsel: |
| **RICHARD D. KELLAR**, | Derek W. Cole |
| Plaintiff, | |
| v. | |
| **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**, | Marcy E. Cook
Marc A. Bonora |
| Defendants. | |

## COURTROOM MINUTES

**MOTIONS HEARING**

**2:08 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant's Motion to Strike Plaintiff's Witness Dr. Deneen Gammons [138], filed November 20, 2009, and Plaintiff's Motion for Leave to Endorse Expert Witness Deneen R. Gammons, Ph.D. [142], filed December 14, 2009, are raised for argument.

2:10 p.m.   Argument by Plaintiff (Mr. Cole).

2:20 p.m.   Argument by Defendant (Ms. Cook).

**ORDERED:**   Defendant's Motion to Strike Plaintiff's Witness Dr. Deneen Gammons [138], filed November 20, 2009, is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:**   Plaintiff's Motion for Leave to Endorse Expert Witness Deneen R. Gammons, Ph.D. [142], filed December 14, 2009, is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:**   Defendant will be allowed to call a rebuttal expert and shall be allowed to conduct an independent medical evaluation of the Plaintiff.

**ORDERED:**   Plaintiff shall submit a statement containing the opinions to be given by Dr. Deneen R. Gammons to Defendant not later than **Friday, January 8, 2010.**

**ORDERED:**   Defendant shall submit a statement containing the opinions of the rebuttal expert to Plaintiff not later than **Friday, February 5, 2010.**

**ORDERED:**   Any Daubert motions or motions in limine shall be filed not later than **Friday, February 12, 2010.**

Plaintiff's Motion for Leave to Present Newly Discovered Evidence [152], filed January 5, 2010, is raised for argument.

2:41 p.m.   Argument by Plaintiff (Mr. Cole).

2:43 p.m.   Argument by Defendant (Ms. Cook).

**ORDERED:**   Plaintiff's Motion for Leave to Present Newly Discovered Evidence [152], filed January 5, 2010, is **DEFERRED until the motion is fully briefed.**

**2:49 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:41**