IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00761-WYD-KLM

RICHARD D. KELLAR,

　　　Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN'S AFFAIRS, a federal agency of United States,

　　　Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's (Opposed) Motion For: Leave to Present Newly Discovered Evidence Of: Plaintiff's (Additional) Economic Damages, filed January 5, 2010 [#152].  Defendant filed a response on January 15, 2010.  It appears from the motion that Plaintiff is seeking to add two additional exhibits to the exhibit list set forth in the Final Pretrial Order entered October 20, 2009.  Defendant does not object to this request, but objects to any amendment of the text of the Final Pretrial Order, and reserves the right to object to the admissibility of the new exhibits.  Upon consideration of the motion and the file herein, it is hereby

ORDERED that Plaintiff's (Opposed) Motion For: Leave to Present Newly Discovered Evidence Of: Plaintiff's (Additional) Economic Damages, filed January 5, 2010 [#152] is **GRANTED** to the extent that Plaintiff seeks to add the exhibits attached to the motion to Plaintiff's Exhibit List.  It is

FURTHER ORDERED that Defendant may object to the admissibility of the new

exhibits at trial.

Dated:  January 25, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge