IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00761-WYD-KLM

RICHARD D. KELLAR,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN'S AFFAIRS, a federal agency of United States,

    Defendant.

**ORDER**

This matter is before the Court on Plaintiff's (Opposed) Motion For: Magistrate Judge to Reconsider, and/or Alter and/or Amend, Before Plaintiff files an "Objection/Appeal of Magistrate Judge Decision to District Court," filed May 5, 2010 [#181]. I have construed the motion as an objection to the Magistrate Judge Mix's Order of April 30, 2010 [#179]. In the motion, Plaintiff objects to Magistrate Judge Mix's decision to deny his request for leave to endorse a new expert witness for both his case-in-chief and for rebuttal purposes. I referred this matter to Magistrate Judge Mix by memorandum dated April 12, 2010, and Magistrate Judge Mix's Order is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), D.C.COLO.LCivR. 72.1(C)(1). I must review Magistrate Judge Mix's Order to determine whether it is "clearly erroneous or contrary to law" since the nature of the matter is nondispositive. Fed. R. Civ. P. 72(a). "An order is clearly erroneous when the

reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993). A hearing on the motion was held on Friday, May 14, 2010. For the reasons stated on record at the hearing I find that Magistrate Judge Mix's Order is not clearly erroneous or contrary to law. Plaintiff's request to endorse a new expert witness will be denied. Therefore, it is hereby

ORDERED that Plaintiff's (Opposed) Motion For: Magistrate Judge to Reconsider, and/or Alter and/or Amend, Before Plaintiff files an "Objection/Appeal of Magistrate Judge Decision to District Court," filed May 5, 2010 [#181] is **DENIED**.

Dated: May 17, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge