IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00761-WYD-KLM

RICHARD D. KELLAR,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN'S AFFAIRS, a federal agency of United States,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    For the reasons set forth on record at the hearing on Monday, August 9, 2010, Plaintiff's Rule 60 (Opposed) Motion for Relief From Order, filed August 9, 2010, ECF No. 199, is **DENIED**.

    August 10, 2010